UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BYRON CHAPMAN,

    Plaintiff,

v.

CENTRAL PARK WEST RESTAURANT GROUP, LLC, et al.,

    Defendants.

Case No. 19-cv-05922-PJH

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 5

Plaintiff in the above-entitled matter having failed to timely file both his Notice of Need for Mediation and Motion for Administrative Relief Requesting Case Management Conference, respectively due February 17, 2020 and February 24, 2020,

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Plaintiff must file the above-referenced notice and motion by **March 10, 2020**. If plaintiff fails to do so, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 2, 2020

                                 /s/ Phyllis J. Hamilton
                                 PHYLLIS J. HAMILTON
                                 United States District Judge