UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CENTRAL PARK WEST RESTAURANT GROUP, LLC, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-05922-PJH<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 30, 31 |

　　　　On August 27, 2020, Magistrate Judge Beeler ordered the parties to file their respective settlement statements for their October 22, 2020 settlement conference by October 15, 2020.  Dkt. 29.  Plaintiff failed to timely send his settlement statement to Judge Beeler.  Dkt. 30.  Judge Beeler permitted plaintiff until October 19, 2020 at 10:00 am to cure such failure.  Dkt. 30.  Plaintiff again ignored Judge Beeler's order.  Dkt. 31.  To date, plaintiff has neither requested a continuance nor provided any explanation for his non-compliance.

　　　　As reflected in the August 21, 2020 case management conference minutes, the court referred this matter for a settlement conference to occur *before* having to set a trial date in this action.  Dkt. 25.  Because of plaintiff's repeated failure to file his settlement statement, Judge Beeler was effectively forced to continue the settlement conference to March 10, 2021, which is months past the further case management conference scheduled to occur before this court on January 21, 2021.  Thus, plaintiff has frustrated the court's management of this action and has caused undue delay in the litigation.

　　　　Given the above, the court issues an **ORDER TO SHOW CAUSE** why plaintiff's

1  claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the
2  Federal Rules of Civil Procedure.  The court emphasizes that this is its **second** order to
3  show cause issued to plaintiff in this action.  Dkt. 15.  Plaintiff must file an explanation for
4  ignoring Judge Beeler's orders by **Thursday, October 22, 2020 at 5:00 pm**.  If he fails to
5  do so, the court will dismiss this action for his failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 19, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge