UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BYRON CHAPMAN,

    Plaintiff,

    v.

CENTRAL PARK WEST RESTAURANT GROUP, LLC, et al.,

    Defendants.

Case No. 19-cv-05922-PJH

**ORDER DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO PROSECUTE**

Re: Dkt. No. 32

    On October 19, 2020, the court ordered plaintiff in the above-entitled action to show cause why this action should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). Dkt. 32. The court detailed plaintiff's repeated and unexcused failure to comply with Magistrate Judge Beeler's instructions that he send his settlement conference statement to her for their scheduled hearing. Id. at 1. The court explained that plaintiff's failure to comply with Judge Beeler's instructions forced Judge Beeler to continue the settlement conference previously set for October 22, 2020 and that such continuance frustrated this court's management of this action. Id. The court also noted that the October 19, 2020 order was its second order to show cause issued to plaintiff in this action. Id. at 2.

    The court ordered that plaintiff file an explanation for ignoring Judge Beeler's orders by October 22, 2020 at 5:00 pm. Id. The court cautioned plaintiff that failure to do so would result in this action's dismissal for failure to prosecute. Id.

    To date, plaintiff has failed to file any such explanation. Given that failure, the court **DISMISSES** this action **WITH PREJUDICE** for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 28, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge