UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTRAL PARK WEST RESTAURANT GROUP, LLC, et al.,<br><br>    Defendants. | Case No. 19-cv-05922-PJH<br><br>**JUDGMENT** |

The court having dismissed this case pursuant to Federal Rule of Civil Procedure 41(b),

it is Ordered and Adjudged

that plaintiff take nothing, and that the action be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: October 28, 2020

                                                                *Phyllis J. Hamilton*
                                                                 PHYLLIS J. HAMILTON
                                                                 United States District Judge